## GEORGE BAYOUTH v. STATE.

No. A-5927.  Opinion Filed May 26, 1928.
(267 Pac. 687.)

E. C. Patton, Jos. A. Ramsdale, and Joe Adwon, for plaintiff in error.

Edwin Dabney, Atty. Gen., and Leverett Edwards, Asst. Atty. Gen., for the State.

EDWARDS, J.  On a petition for rehearing it is earnestly urged that the punishment assessed is excessive and that justice requires that the judgment should be modified. We have again examined the record and are of the opinion that this contention is well founded.

The judgment (39 Okla. Cr. 8, 262 P. 702) is there-

fore modified to the extent of striking out the imprisonment assessed. The petition for rehearing is overruled. Mandate forthwith.

DOYLE, P. J., and DAVENPORT, J., concur.